1030

No. 04–7113. GRUBER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–7126. REED v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–7132. JIMENEZ-BORJA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7141. RICE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7145. CIARAVELLA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7149. LAWRENCE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7153. EDMONDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7157. PULIDO-PEDROSA, AKA ARROLLO-NARANJO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–7159. DOMINGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7164. ADEOSHUN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6470. ERICKSON v. SUNBEAM CORP. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–6633. COLIDA v. MOTOROLA, INC. C. A. 7th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.